49462
JOHN R. MORTON, JR.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Infiniti Financial Services, a division of Nissan Motor Acceptance Corporation, Servicer for Nissan-Infiniti Lt
JM5630_____

                                                  UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

IN RE:   JERRY M. DEMAIO
           FAYELLA DEMAIO

                                                  CHAPTER 13
                                                  CASE NO.: 19-23018 (MBK)
                                                  HEARING DATE:

                                                  NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS

Infiniti Financial Services, a division of Nissan Motor Acceptance Corporation, Servicer for Nissan-Infiniti LT, hereby enters its appearance and the law firm of John R. Morton, Jr., Esquire, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for Infiniti Financial Services, a division of Nissan Motor Acceptance Corporation, Servicer for Nissan-Infiniti LT, with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

John R. Morton, Jr., Esquire
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856)866-0100

Infiniti Financial Services, a division of Nissan Motor Acceptance Corporation, Servicer for Nissan- Infiniti, LT, pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Infiniti Financial Services, a division of Nissan Motor Acceptance Corporation, Servicer for Nissan- Infiniti, LT by due service upon its undersigned attorneys, John R. Morton, Jr., Esquire, at the address stated above and also to it at the following address:

Nissan- Infiniti, LT
PO Box 660366
Dallas, TX. 75266-0366

Infiniti Financial Services, a division of Nissan Motor Acceptance Corporation, Servicer for Nissan- Infiniti, LT, pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

/s/   John R. Morton, Jr.
 John R. Morton, Jr., Esquire
Attorney for Infiniti Financial Services, a division of
Nissan Motor Acceptance Corporation, Servicer for
Nissan- Infiniti, LT