MORTON & CRAIG LLC
John R. Morton, Jr., Esq.
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Telephone: 856-866-0100
Attorney for: Infiniti Financial Services, a division of Nissan
Motor Acceptance Corporation, servicer for Nissan-Infiniti LT

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 19-23018(MBK) |
| | ) | |
| JERRY MICHAEL DEMAIO | ) | Chapter 13 |
| | ) | |
| FAYELLA DEMAIO | ) | Hearing Date: 9-3-19 |
| | ) | |
| | ) | **OBJECTION TO CONFIRMATION** |
| | ) | |

Infiniti Financial Services, a division of Nissan Motor

Acceptance Corporation, servicer for Nissan-Infiniti, LT,

the lessor of a vehicle to the Debtor, objects to the

Debtor's plan for the following reasons:

a. **Lease ended and is treated as a retail installment**

**contract and rejected in part 6 of the plan:** The debtor

leased a 2014 Infiniti Q60 Convertible on 6-16-14.  This

lease ended on 9-16-17.  The debtor continued to make

lease payments thereafter.  The lease is rejected in the

plan and the debtor is treating it as a retail

installment contract which it is not.  Since the lease

has ended it cannot be assumed.

b. **Proof of insurance:** The vehicle must be insured with

comprehensive and collision insurance coverage and

liability coverage in accordance with the requirements

contained in the contract.  Nissan must be listed as

loss payee or additional insured. **The Debtors must**

**provide Nissan with proof that the vehicle is insured in**

**accordance with §1326(a)(4) and this portion of the**

**objection to confirmation should be considered a demand**

**that the Debtors provide proof of insurance.**


/s/ John R. Morton, Jr.

_____
John R. Morton, Jr., attorney for
Infiniti Financial Services, a division
of Nissan Motor Acceptance Corporation,
servicer for Nissan-Infiniti LT

Date: 7-25-19