Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−23018−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jerry Michael DeMaio
476 Washington Road
Sayreville, NJ 08872

Fayella DeMaio
fka Fayella Cherubin
476 Washington Road
Sayreville, NJ 08872

Social Security No.:
xxx−xx−1333

xxx−xx−4375

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           9/3/19
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 23, 2019
JAN: wdr

                                                                       Jeanne Naughton
                                                                       Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 19-23018-MBK
Jerry Michael DeMaio                                                        Chapter 13
Fayella DeMaio
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 2            Date Rcvd: Jul 23, 2019
                              Form ID: 132           Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2019.
```
db/jdb         +Jerry Michael DeMaio,    Fayella DeMaio,    476 Washington Road,    Sayreville, NJ 08872-1953
cr              Infiniti Financial Services, a division of Nissan,    P.O. Box 660366,    Dallas, TX 75266-0366
518331955      +American Express,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
518331956       Ars Account Resolution,    1643 Nw 136 Ave Bld H St,    Sunrise, FL 33323
518331957      +Aspire,   Po Box 105555,    Atlanta, GA 30348-5555
518331958     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
518331959       Cach Llc/resurgent Cap,    C/o Resurgent Capital Services,    Greenville, SC 29602
518331963      +Hackensack Meridian Health,    Riverview Medical Center,    1 Riverview Plaza,
                 Red Bank, NJ 07701-1872
518331964      +Homebridge Financial Services,    425 Phillips Blvd,    Ewing, NJ 08618-1430
518331966      +Jpmcb - Card Service,    Po Box 15369,    Wilmington, DE 19850-5369
518331967      +Jpmcb Auto,   Po Box 901003,    Ft Worth, TX 76101-2003
518331968      +Macy's/dsnb,   Po Box 8218,    Mason, OH 45040-8218
518331970      +Nissan-infiniti Lt,    Pob 660366,    Dallas, TX 75266-0366
518331973      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
518331974      +Princeton House,   905 Herrontown Rd,    Princeton, NJ 08540-1998
518331975      +Prosper Marketplace In,    221 Main St Ste 300,    San Francisco, CA 94105-1909
518331977      +RMA of New Jersey,    140 Allen Road,    Basking Ridge, NJ 07920-2976
518331976      +Remex Inc,   307 Wall St,    Princeton, NJ 08540-1515
518331979     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of the Treasury,
                 Division of Taxation-Bankruptcy Depart,    PO Box 245,    Trenton, NJ 08646-0245)
518331980      +Summit Oaks Hospital,    19 Prospect Street,    Summit, NJ 07901-2531
518331985      +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
518331986      +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
518331987       Verizon Wireless/sou,    National Recovery Operations,    Minneapolis, MN 55426
518331988      +Wells Fargo Dealer Svc,    Po Box 10709,    Raleigh, NC 27605-0709
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 23 2019 23:43:34      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 23 2019 23:43:31      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518331954      +E-mail/Text: ally@ebn.phinsolutions.com Jul 23 2019 23:42:25      Ally Financial,
                 P.o. Box 380901,    Bloomington, MN 55438-0901
518331960      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 23 2019 23:52:27
                 Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
518331961      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 23 2019 23:43:04      Comenitybank/victoria,
                 Po Box 182789,    Columbus, OH 43218-2789
518331962      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 23 2019 23:51:56      Credit One Bank Na,
                 Po Box 98872,    Las Vegas, NV 89193-8872
518331965       E-mail/Text: cio.bncmail@irs.gov Jul 23 2019 23:42:45      Internal Revenue Service,
                 Department of the Treasury,    PO Box 21126,    Philadelphia, PA 19114
518331969      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 23 2019 23:43:30      Midland Funding LLC,
                 8875 Aero Drive,    San Diego, CA 92123-2255
518331971      +E-mail/Text: bnc@nordstrom.com Jul 23 2019 23:42:38      Nordstrom/td Bank Usa,
                 13531 E. Caley Ave,    Englewood, CO 80111-6504
518331972      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2019 23:52:31
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
518331978      +E-mail/Text: rwjebn@rwjbh.org Jul 23 2019 23:44:19      Robert Wood Johnson Hospital,
                 One Robert Wood Johnson Place,    New Brunswick, NJ 08901-1966
518331981      +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2019 23:52:16      Syncb/banana Republi,
                 Po Box 965005,    Orlando, FL 32896-5005
518331982      +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2019 23:51:36      Syncb/lowes,    Po Box 956005,
                 Orlando, FL 32896-0001
518331983      +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2019 23:52:16      Syncb/score Rewards,
                 P.o. Box 965005,    Orlando, FL 32896-5005
518333266      +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2019 23:51:36      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518331984      +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2019 23:51:36      Synchrony Bank/PC Richards & Sons,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 16
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3           User: admin              Page 2 of 2            Date Rcvd: Jul 23, 2019
                               Form ID: 132             Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2019 at the address(es) listed below:
```
              Albert     Russo    docs@russotrustee.com
              Jacqueline Rita Rocci    on behalf of Debtor Jerry Michael DeMaio jacqueline@rocciesquire.com
              Jacqueline Rita Rocci    on behalf of Joint Debtor Fayella  DeMaio jacqueline@rocciesquire.com
              John R. Morton, Jr.    on behalf of Creditor   Infiniti Financial Services, a division of Nissan
               Motor Acceptance Corporation, servicer for Nissan-Infiniti Lt ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   HomeBridge Financial Services, Inc.
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```