**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**
1 Valuation of Security      1 Assumption of Executory Contract or Unexpired Lease      0 Lien Avoidance

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | | |
|---|---|---|
| In Re: | Jerry Michael DeMaio<br>Fayella DeMaio<br>Debtor(s) | Case No.: 19-23018 MBK<br>Judge: Michael B. Kaplan |

## CHAPTER 13 PLAN AND MOTIONS

☐ Original                    ☑ Modified/Notice Required              Date: December 23, 2019
☐ Motions Included            ☐ Modified/No Notice Required

**THE DEBTOR HAS FILED FOR RELIEF UNDER CHAPTER 13 OF THE BANKRUPTCY CODE.**
**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: JRR        Initial Debtor: JMD        Initial Co-Debtor: F D

1

## Part 1: Payment and Length of Plan

    a. The debtor shall pay __6,000.00 Monthly__ to the Chapter 13 Trustee, starting on __August 1, 2019__ for approximately 60 months.

    b. The debtor shall make plan payments to the Trustee from the following sources:
- ☑ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

    c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____
- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____
- ☑ Loan modification with respect to mortgage encumbering property:
  Description: Debtor will apply for a loan modification
  Proposed date for completion: January 30, 2020

    d. ☑ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

    e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection          ☐ NONE

    a. Adequate protection payments will be made in the amount of  to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to

    b. Adequate protection payments will be made in the amount of $___ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: __ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

    a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| *State of New Jersey | Taxes and certain other debts | 2,471.81 |
| Internal Revenue Service | Taxes and certain other debts | 144,592.74 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Homebridge Financial Services | 476 Washington Road Sayreville, NJ 08872 Middlesex County Primary Residence: | 177,013.30 as per POC. | 0.00 | $60,000.0 as per the Consent Order Doc 260 | 3,575.78 |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

**c. Secured claims excluded from 11 U.S.C. 506:** ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  | 0.00 | None |  | 0.00 | 3,504.36 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☑ NONE

The following secured claims are unaffected by the Plan:

Creditor

**g. Secured Claims to be Paid in Full Through the Plan** ☐ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| Internal Revenue Service | 476 Washington Road Sayreville, NJ 08872 Middlesex County Primary Residence: | 45,405.30 |
| State of New Jersey | 476 Washington Road Sayreville, NJ 08872 Middlesex County Primary Residence: | 26,664.34 |

**Part 5:  Unsecured Claims**         ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐  Not less than $___ to be distributed *pro rata*

☐  Not less than ___ percent

| | | | |
|---|---|---|---|
| ☑ | *Pro Rata* distribution from any remaining funds | | |

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6: Executory Contracts and Unexpired Leases     ☐ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| Nissan-Infiniti Lt | 0.00 | Executory Contract | Assumed Executory Contract | $13,250.00 Residual Value as per Infiniti |

## Part 7: Motions     ☐ NONE

NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.

a. Motion to Avoid Liens under 11 U.S.C. Section 522(f).  ☑ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | 0.00 | 0.00 | None | 0.00 | 0.00 |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | 0.00 | | |

### Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
☑ Upon Confirmation
☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) Other Administrative Claims
3) Secured Claims
4) Lease Arrearages
5) Priority Claims
6) General Unsecured Claims

d. **Post-Petition Claims**

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9: Modification    ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: 7/22/2019.

6

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Reclassify the Agreement with Infiniti from Secured Claim to Executory Contract that is being Assumed and paid in the Plan | Infiniti Finance is classified as an assumed executory contract to be paid in full upon Confirmation of the Plan |

Are Schedules I and J being filed simultaneously with this Modified Plan?     ☐ Yes     ☑ No

## Part 10 : Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: December 23, 2019        /s/ Jerry Michael DeMaio
                               Jerry Michael DeMaio
                               Debtor

Date: December 23, 2019        /s/ Fayella DeMaio
                               Fayella DeMaio
                               Joint Debtor

Date  December 23, 2019        /s/ Jacqueline Rita Rocci
                               Jacqueline Rita Rocci 2911
                               Attorney for the Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-23018-MBK
Jerry Michael DeMaio                                                      Chapter 13
Fayella DeMaio
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin           Page 1 of 2         Date Rcvd: Dec 30, 2019
                            Form ID: pdf901       Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 01, 2020.
```
db/jdb         +Jerry Michael DeMaio,    Fayella DeMaio,    476 Washington Road,    Sayreville, NJ 08872-1953
cr              Infiniti Financial Services, a division of Nissan,    P.O. Box 660366,    Dallas, TX 75266-0366
518331955      +American Express,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
518366586       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
518331956       Ars Account Resolution,    1643 Nw 136 Ave Bld H St,    Sunrise, FL 33323
518331957      +Aspire,    Po Box 105555,    Atlanta, GA 30348-5555
518331958     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bank Of America,    Po Box 982238,    El Paso, TX 79998)
518331959       Cach Llc/resurgent Cap,    C/o Resurgent Capital Services,    Greenville, SC 29602
518331963      +Hackensack Meridian Health,    Riverview Medical Center,    1 Riverview Plaza,
                 Red Bank, NJ 07701-1872
518452395      +HomeBridge Financial Services, Inc.,    c/o Cenlar FSB,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
518331964      +Homebridge Financial Services,    425 Phillips Blvd,    Ewing, NJ 08618-1430
518331966      +Jpmcb - Card Service,    Po Box 15369,    Wilmington, DE 19850-5369
518331967      +Jpmcb Auto,    Po Box 901003,    Ft Worth, TX 76101-2003
518331968      +Macy's/dsnb,    Po Box 8218,    Mason, OH 45040-8218
518331970      +Nissan-infiniti Lt,    Pob 660366,    Dallas, TX 75266-0366
518367731      +Phillip S. Van Embden, Esq,    900 East Pine Street, POB 863,    Millville, NJ 08332-0863
518331973      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
518331974      +Princeton House,    905 Herrontown Rd,    Princeton, NJ 08540-1998
518367729      +Public Tax Investments, LLC,    POB 1030,    Brick, NJ 08723-0090
518331977      +RMA of New Jersey,    140 Allen Road,    Basking Ridge, NJ 07920-2976
518331976      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
518331979     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Department of the Treasury,
                 Division of Taxation-Bankruptcy Depart,    P.O. Box 245,    Trenton, NJ 08695)
518367732      +Slater Tenaglia Fritz,    301 Third Street,    Ocean City, NJ 08226-4007
518331980      +Summit Oaks Hospital,    19 Prospect Street,    Summit, NJ 07901-2531
518367730      +TWR as Custodian for,    Ebury Fund 1 NJ LLC,    26 Broad Street, Ste. 4,
                 Red Bank, NJ 07701-1945
518331985      +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
518331986      +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
518331987       Verizon Wireless/sou,    National Recovery Operations,    Minneapolis, MN 55426
518331988      +Wells Fargo Dealer Svc,    Po Box 10709,    Raleigh, NC 27605-0709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 30 2019 23:26:59     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 30 2019 23:26:57      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518331954      +E-mail/Text: ally@ebn.phinsolutions.com Dec 30 2019 23:26:12      Ally Financial,
                 P.o. Box 380901,    Bloomington, MN 55438-0901
518442833       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 30 2019 23:41:42      CACH, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518331960      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 30 2019 23:30:22
                 Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
518331961      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 30 2019 23:26:39      Comenitybank/victoria,
                 Po Box 182789,    Columbus, OH 43218-2789
518331962      +E-mail/PDF: creditonebknotifications@resurgent.com Dec 30 2019 23:29:31      Credit One Bank Na,
                 Po Box 98872,    Las Vegas, NV 89193-8872
518399764      +E-mail/Text: cio.bncmail@irs.gov Dec 30 2019 23:26:25
                 Department of Treasury - Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
518442561       E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 30 2019 23:27:09     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
518331969      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 30 2019 23:26:57      Midland Funding LLC,
                 8875 Aero Drive,    San Diego, CA 92123-2255
518419823      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 30 2019 23:26:57      Midland Funding LLC,
                 Po Box 2011,    Warren MI 48090-2011
518331971      +E-mail/Text: bnc@nordstrom.com Dec 30 2019 23:26:22     Nordstrom/td Bank Usa,
                 13531 E. Caley Ave,    Englewood, CO 80111-6504
518446308       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 30 2019 23:40:46
                 Portfolio Recovery Associates, LLC,    c/o Banana Republic,    POB 41067,    Norfolk VA 23541
518446128       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 30 2019 23:41:39
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank (usa), N.a.,    POB 41067,
                 Norfolk VA 23541
518446935       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 30 2019 23:41:11
                 Portfolio Recovery Associates, LLC,    c/o Lowes,    POB 41067,    Norfolk VA 23541
518372467       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 30 2019 23:41:11
                 Portfolio Recovery Associates, LLC,    c/o Pc Richard,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Dec 30, 2019
                              Form ID: pdf901          Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518446320        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 30 2019 23:41:11
                  Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
518367733       +E-mail/Text: ebn@vativrecovery.com Dec 30 2019 23:26:36        Palisades Collection LLC,
                  210 Sylvan Avenue,    Englewood Cliffs, NJ 07632-2510
518331972       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 30 2019 23:41:12
                  Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
518331975       +E-mail/Text: bankruptcy@prosper.com Dec 30 2019 23:27:24        Prosper Marketplace In,
                  221 Main St Ste 300,    San Francisco, CA 94105-1909
518433842        E-mail/Text: bnc-quantum@quantum3group.com Dec 30 2019 23:26:51
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
518331978       +E-mail/Text: rwjebn@rwjbh.org Dec 30 2019 23:27:33        Robert Wood Johnson Hospital,
                  One Robert Wood Johnson Place,    New Brunswick, NJ 08901-1966
518331981       +E-mail/PDF: gecsedi@recoverycorp.com Dec 30 2019 23:29:22        Syncb/banana Republi,
                  Po Box 965005,    Orlando, FL 32896-5005
518331982       +E-mail/PDF: gecsedi@recoverycorp.com Dec 30 2019 23:29:55        Syncb/lowes,    Po Box 956005,
                  Orlando, FL 32896-0001
518331983       +E-mail/PDF: gecsedi@recoverycorp.com Dec 30 2019 23:29:25        Syncb/score Rewards,
                  P.o. Box 965005,    Orlando, FL 32896-5005
518333266       +E-mail/PDF: gecsedi@recoverycorp.com Dec 30 2019 23:29:57        Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518331984       +E-mail/PDF: gecsedi@recoverycorp.com Dec 30 2019 23:30:18        Synchrony Bank/PC Richards & Sons,
                  Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518331965*      +Internal Revenue Service,    Department of the Treasury,    P.O. Box 7346,
                  Philadelphia, PA 19101-7346
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2019 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jacqueline Rita Rocci    on behalf of Debtor Jerry Michael DeMaio jacqueline@rocciesquire.com
              Jacqueline Rita Rocci    on behalf of Joint Debtor Fayella  DeMaio jacqueline@rocciesquire.com
              John R. Morton, Jr.    on behalf of Creditor    Infiniti Financial Services, a division of Nissan
               Motor Acceptance Corporation, servicer for Nissan-Infiniti Lt ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    HomeBridge Financial Services, Inc.
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```