| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019

### Chapter 13 Case No. 19-23018 / MBK

| | |
|---|---|
| Jerry Michael DeMaio | Petition Filed Date: 07/01/2019 |
| Fayella DeMaio | 341 Hearing Date: 08/01/2019 |
| | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/02/2019 | $6,000.00 | 60640370 | 09/03/2019 | $6,000.00 | 61386750 | 09/30/2019 | $6,000.00 | 62097680 |
| 11/04/2019 | $6,000.00 | 62979410 | 12/03/2019 | $6,000.00 | 63642210 | 12/31/2019 | $6,000.00 | 64439980 |

**Total Receipts for the Period: $36,000.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $42,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jerry Michael DeMaio | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JACQUELINE R ROCCI ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| | | No Disbursements: No Check | | | |
| 1 | AMERICAN EXPRESS | Unsecured Creditors | $5,795.32 | $0.00 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  PC RICHARD | Unsecured Creditors | $3,094.55 | $0.00 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2009-2010 | Secured Creditors | $46,971.00 | $0.00 | $0.00 |
| 4 | INTERNAL REVENUE SERVICE<br>»»  2016-2018 | Priority Crediors | $144,592.74 | $0.00 | $0.00 |
| 5 | INTERNAL REVENUE SERVICE<br>»»  2004-2007; 2010,2013-2015 | Unsecured Creditors | $307,300.03 | $0.00 | $0.00 |
| 6 | MIDLAND CREDIT  AS AGENT FOR<br>»»  JUDGMENT | Unsecured Creditors | $4,930.78 | $0.00 | $0.00 |
| 7 | Homebridge Financial Services<br>»»  P/476 WASHINGTON RD/1ST MRTG | Ongoing Mortgage | $0.00 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP LLC<br>»»  VICTORIA'S SECRET | Unsecured Creditors | $2,630.61 | $0.00 | $0.00 |
| 9 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  VERIZON WIRELESS | Unsecured Creditors | $2,058.62 | $0.00 | $0.00 |
| 10 | CACH, LLC<br>»»  PROSPER FUNDING LLC | Unsecured Creditors | $4,363.15 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE BANK | Unsecured Creditors | $1,101.79 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BANANA REPUBLIC | Unsecured Creditors | $1,760.40 | $0.00 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  PC RICHARD | Unsecured Creditors | $1,278.39 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-23018 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» HOME DEPOT | Unsecured Creditors | $757.86 | $0.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» LOWES | Unsecured Creditors | $758.02 | $0.00 | $0.00 |
| 16 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2009-2010; 2013 | Secured Creditors | $27,583.66 | $0.00 | $0.00 |
| 17 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2018 | Priority Crediors | $122.09 | $0.00 | $0.00 |
| 18 | NJ DIVISION OF TAXATION<br>»» COSTS 8/2015;5/2017 | Unsecured Creditors | $2,471.81 | $0.00 | $0.00 |
| 19 | Homebridge Financial Services<br>»» P/476 WASHINGTON RD/1ST MTG/ORDER 11/7/2019 | Mortgage Arrears | $177,013.30 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $42,000.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $6,000.00 |
| Paid to Trustee: | $1,998.00 | Arrearages: | $0.00 |
| Funds on Hand: | $40,002.00 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**