UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

46138
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Infiniti Financial Services, a division of
Nissan Motor Acceptance Corporation, servicer for
Nissan Infiniti LT



Order Filed on March 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JERRY MICHAEL DEMAIO
FAYELLA DEMAIO

Case No.: 19-23018

Adv. No.:

Hearing Date: 3-11-20

Judge:  MBK

## ORDER RESOLVING OBJECTION TO CONFIRMATION OF INFINITI FINANCIAL SERVICES, A DIVISION OF NISSAN MOTOR ACCEPTANCE CORPORATION, SERVICER FOR NISSAN INFINITI LT

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 18, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Jerry and Fayella DeMaio**
**19-23018(MBK)**
**Order resolving objection to confirmation of Infiniti Financial Services, a division of Nissan**
**Motor Acceptance Corporation, servicer for Nissan Infiniti LT**
**Page 2**

This matter having been brought on before this Court by way of objection to confirmation filed by John R. Morton, Jr., Esq., attorney for Infiniti Financial Services, a division of Nissan Motor Acceptance Corporation, servicer for Nissan Infiniti LT, with the appearance of Jacqueline Rocci, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1.  That Infiniti Financial Services, a division of Nissan Motor Acceptance Corporation, is the servicer for Nissan Infiniti LT the owner and lessor of a 2014 Infiniti Q60 bearing vehicle identification number JN1CV6FE4EM900200 (the "vehicle"), which vehicle was leased by the debtors.

2.  The debtors have filed a modified plan that proposes to pay the lease end purchase option for the purchase of the vehicle in a lump sum as an administrative priority expense to be paid ahead of all other creditors.

3.  The lease end purchase option is $13,211.93 (being the base payoff of $8150.82 plus NJ Sales Tax of $539.99, plus unpaid lease payments of $4240 and term tax of $280.92). The trustee shall pay the lease end purchase option of $13,211.93 to Nissan Motor Acceptance Corporation, dba Infiniti Financial Services in a lump sum as an administrative priority expense in the first distribution under the plan. This order shall act as a late filed proof of claim by Nissan Motor Acceptance Corporation, dba Infiniti Financial Services.