UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:

JERRY MICHAEL DEMAIO
FAYELLA DEMAIO

Debtor

Case No.: 19-23018 MBK

Chapter: 13

Hearing Date: 3/11/20

Judge: Michael B. Kaplan

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: The minutes of 3/11/20 are amended to correct the tier begin date year as follows: CONFIRMED $6,000 X 60 BEGINNING 8/1/2019

_____

Date: 3/19/20

/s/ Albert Russo
Signature
Albert Russo
Standing Chapter 13 Trustee

*rev.8/1/15*