```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Jacqueline R. Rocci, Esquire (2911)
340 Main Street
Metuchen, New Jersey 08840
(732) 321-1049
```

| | |
|---|---|
| In Re: | Case No.: 19-23018 |
| Jerry M. DeMaio and Fayella DeMaio | Chapter: 13 |
| | Adv. No.: |
| | Hearing Date: April 22, 2020 |
| | Judge: Kaplan |

## CERTIFICATION OF SERVICE

1. I, _____Jacqueline R. Rocci_____ :

    ☑ represent the _____Debtors_____ in the above-captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On _____March 24, 2020_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Application for Compensation, History of Legal Services, Cover Sheet and the Proposed Order

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 3/24/2020                    /s/ Jacqueline R. Rocci
                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jerry Michael DeMaio and Fayella DeMaio<br><br>pdf Copies were served by email as agreed. | Debtor | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>☑ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| Albert Russo<br>Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>☑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>☑ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |