Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.: 19−23018−MBK
                              Chapter: 13
                              Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jerry Michael DeMaio                                    Fayella DeMaio
   476 Washington Road                                   fka Fayella Cherubin
   Sayreville, NJ 08872                                     476 Washington Road
                                                           Sayreville, NJ 08872

Social Security No.:
   xxx−xx−1333                                                  xxx−xx−4375

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       4/22/20
Time:      02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Jacqueline Rita Rocci, Debtor's Attorney

COMMISSION OR FEES
fee: $4,221.00

EXPENSES
expenses: $0.00

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured
             creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
             creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 27, 2020
JAN:

                                              Jeanne Naughton
                                              Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                         Case No. 19-23018-MBK
Jerry Michael DeMaio                                                           Chapter 13
Fayella DeMaio
        Debtors                          CERTIFICATE OF NOTICE
District/off: 0312-3              User: admin                  Page 1 of 2                  Date Rcvd: Mar 27, 2020
                                  Form ID: 137                 Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2020.
db/jdb         +Jerry Michael DeMaio,    Fayella DeMaio,    476 Washington Road,    Sayreville, NJ 08872-1953
cr              Infiniti Financial Services, a division of Nissan,    P.O. Box 660366,    Dallas, TX 75266-0366
518331955      +American Express,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
518366586       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
518331956       Ars Account Resolution,    1643 Nw 136 Ave Bld H St,    Sunrise, FL 33323
518331957      +Aspire,   Po Box 105555,    Atlanta, GA 30348-5555
518331958     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
518331959       Cach Llc/resurgent Cap,    C/o Resurgent Capital Services,    Greenville, SC 29602
518331963      +Hackensack Meridian Health,    Riverview Medical Center,    1 Riverview Plaza,
                 Red Bank, NJ 07701-1872
518452395      +HomeBridge Financial Services, Inc.,    c/o Cenlar FSB,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
518331964      +Homebridge Financial Services,    425 Phillips Blvd,    Ewing, NJ 08618-1430
518331967      +Jpmcb Auto,   Po Box 901003,    Ft Worth, TX 76101-2003
518331968      +Macy's/dsnb,    Po Box 8218,    Mason, OH 45040-8218
518331970      +Nissan-infiniti Lt,    Pob 660366,    Dallas, TX 75266-0366
518367731      +Phillip S. Van Embden, Esq,    900 East Pine Street, POB 863,    Millville, NJ 08332-0863
518331973      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
518331974      +Princeton House,    905 Herrontown Rd,    Princeton, NJ 08540-1998
518367729     #+Public Tax Investments, LLC,    POB 1030,    Brick, NJ 08723-0090
518331977      +RMA of New Jersey,    140 Allen Road,    Basking Ridge, NJ 07920-2976
518331976      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
518331979     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,     Department of the Treasury,
                 Division of Taxation-Bankruptcy Depart,    P.O. Box 245,    Trenton, NJ 08695)
518367732      +Slater Tenaglia Fritz,    301 Third Street,    Ocean City, NJ 08226-4007
518331980      +Summit Oaks Hospital,    19 Prospect Street,    Summit, NJ 07901-2531
518367730      +TWR as Custodian for,    Ebury Fund 1 NJ LLC,    26 Broad Street, Ste. 4,
                 Red Bank, NJ 07701-1945
518331985      +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
518331986      +The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
518331987       Verizon Wireless/sou,    National Recovery Operations,    Minneapolis, MN 55426
518331988      +Wells Fargo Dealer Svc,    Po Box 10709,    Raleigh, NC 27605-0709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 28 2020 00:06:07      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 28 2020 00:06:05      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518331954      +E-mail/Text: ally@ebn.phinsolutions.com Mar 28 2020 00:05:27      Ally Financial,
                 P.o. Box 380901,    Bloomington, MN 55438-0901
518442833       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 28 2020 00:56:16       CACH, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518331960      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 28 2020 00:50:25
                 Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
518331961      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 28 2020 00:05:54      Comenitybank/victoria,
                 Po Box 182789,    Columbus, OH 43218-2789
518331962      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 28 2020 00:50:31       Credit One Bank Na,
                 Po Box 98872,    Las Vegas, NV 89193-8872
518399764      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 28 2020 00:05:42
                 Department of Treasury - Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
518442561       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 28 2020 00:06:13      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
518331966      +E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 28 2020 00:53:09       Jpmcb - Card Service,
                 Po Box 15369,    Wilmington, DE 19850
518331969      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 28 2020 00:06:05      Midland Funding LLC,
                 8875 Aero Drive,    San Diego, CA 92123-2255
518419823      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 28 2020 00:06:05      Midland Funding LLC,
                 Po Box 2011,    Warren MI 48090-2011
518331971      +E-mail/Text: bnc@nordstrom.com Mar 28 2020 00:05:39      Nordstrom/td Bank Usa,
                 13531 E. Caley Ave,    Englewood, CO 80111-6504
518446308       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2020 00:50:28
                 Portfolio Recovery Associates, LLC,    c/o Banana Republic,    POB 41067,    Norfolk VA 23541
518446128       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2020 00:50:27
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank (usa), N.a.,    POB 41067,
                 Norfolk VA 23541
518446935       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2020 00:53:17
                 Portfolio Recovery Associates, LLC,    c/o Lowes,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-3            User: admin              Page 2 of 2              Date Rcvd: Mar 27, 2020
                                Form ID: 137             Total Noticed: 56

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518372467         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2020 00:50:28
                  Portfolio Recovery Associates, LLC,    c/o Pc Richard,   POB 41067,   Norfolk VA 23541
518446320         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2020 00:50:28
                  Portfolio Recovery Associates, LLC,    c/o The Home Depot,   POB 41067,   Norfolk VA 23541
518367733        +E-mail/Text: ebn@vativrecovery.com Mar 28 2020 00:05:51       Palisades Collection LLC,
                  210 Sylvan Avenue,    Englewood Cliffs, NJ 07632-2510
518331972        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2020 00:53:16
                  Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,   Norfolk, VA 23502-4952
518331975        +E-mail/Text: bankruptcy@prosper.com Mar 28 2020 00:06:26       Prosper Marketplace In,
                  221 Main St Ste 300,    San Francisco, CA 94105-1909
518433842         E-mail/Text: bnc-quantum@quantum3group.com Mar 28 2020 00:06:01
                  Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
518331978        +E-mail/Text: rwjebn@rwjbh.org Mar 28 2020 00:06:36       Robert Wood Johnson Hospital,
                  One Robert Wood Johnson Place,    New Brunswick, NJ 08901-1966
518331981        +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2020 00:53:04       Syncb/banana Republi,
                  Po Box 965005,    Orlando, FL 32896-5005
518331982        +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2020 00:55:56       Syncb/lowes,   Po Box 956005,
                  Orlando, FL 32896-0001
518331983        +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2020 00:53:04       Syncb/score Rewards,
                  P.o. Box 965005,    Orlando, FL 32896-5005
518333266        +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2020 00:55:57       Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518331984        +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2020 00:50:16       Synchrony Bank/PC Richards & Sons,
                  Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
                                                                                               TOTAL: 28

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518331965*       +Internal Revenue Service,   Department of the Treasury,   P.O. Box 7346,
                  Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2020 at the address(es) listed below:
              Albert Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   HomeBridge Financial Services, Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jacqueline Rita Rocci    on behalf of Joint Debtor Fayella  DeMaio jacqueline@rocciesquire.com
              Jacqueline Rita Rocci    on behalf of Debtor Jerry Michael DeMaio jacqueline@rocciesquire.com
              John R. Morton, Jr.    on behalf of Creditor   Infiniti Financial Services, a division of Nissan
               Motor Acceptance Corporation, servicer for Nissan-Infiniti Lt ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   HomeBridge Financial Services, Inc.
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```