UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Jacqueline R. Rocci, Esquire (2911)
340 Main Street
Metuchen, New Jersey 08840
Telephone: 732-321-1049
Facsimile: 732-482-1131

In Jerry Michael DeMaio and
Fayella DeMaio

Order Filed on April 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:   19-23018

Chapter:    13

Judge:      Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 22, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _Jacqueline Rita Rocci, , the applicant, is allowed a fee of $ 4,221.00 for services rendered and expenses in the amount of $0.00_ for a total of $ 4,221.00_ . The allowance is payable:

&boxtimes; through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_NA__ per month for _NA__ months to allow for payment of the above fee.

*rev.8/1/15*