---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Jacqueline R. Rocci, Esquire (2911)
340 Main Street
Metuchen, New Jersey 08840
(732) 321-1049

In Re:

Jerry M. DeMaio and
Fayella DeMaio

Case No.: 19-23018

Chapter: 13

Adv. No.: 

Hearing Date: July 22, 2020

Judge: Kaplan

## CERTIFICATION OF SERVICE

1. I, _____Jacqueline R. Rocci_____ :

    ☑ represent the _____Debtors_____ in the above-captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On _____June 30, 2020_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Notice of Motion for Approval to Participate in the Court's Loss Mitigation Program. Certification in Support, Statement as to Why No Brief is Necessary, and Proposed Order)

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 7/21/2020

/s/ Jacqueline R. Rocci
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jerry Michael DeMaio and Fayella DeMaio<br><br>pdf Copies were served by email as agreed. | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| Albert Russo<br>Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| Denise E. Carlon on behalf of Creditor HomeBridge Financial Services, Inc.<br>dcarlon@kmllawgroup.com,<br>bkgroup@kmllawgroup.com<br><br>July 3, 2020 Email with attachments as follow up to NEF | Counsel for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |