UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jacqueline R. Rocci, Esquire (2911)
340 Main Street
Metuchen, New Jersey 08840
Telephone: 732-321-1049

**Order Filed on December 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Jerry Michael DeMaio and
Fayella DeMaio

Case No.: 19-23018

Chapter: 13

Judge: Kaplan

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 2, 2020**

*Honorable Michael B. Kaplan
United States Bankruptcy Judge*

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on July 23, 2020:

Property:    476 Washington Road, Sayreville, New Jersey

Creditor:    HomeBridge Financial Services

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by Debtor, and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including March 11, 2021.

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-23018-MBK |
| Jerry Michael DeMaio | Chapter 13 |
| Fayella DeMaio | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 02, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jerry Michael DeMaio, Fayella DeMaio, 476 Washington Road, Sayreville, NJ 08872-1953 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2020          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jacqueline Rita Rocci | on behalf of Joint Debtor Fayella DeMaio jacqueline@rocciesquire.com |
| Jacqueline Rita Rocci | on behalf of Debtor Jerry Michael DeMaio jacqueline@rocciesquire.com |
| John R. Morton, Jr. | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 02, 2020 | Form ID: pdf903 | Total Noticed: 1 |

    on behalf of Creditor Infiniti Financial Services  a division of Nissan Motor Acceptance Corporation, servicer for Nissan-Infiniti Lt ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Rebecca Ann Solarz

    on behalf of Creditor HomeBridge Financial Services  Inc. rsolarz@kmllawgroup.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8