Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

                      Case No.:  19−23018−MBK  
                      Chapter:  13  
                      Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Jerry Michael DeMaio                                  Fayella DeMaio  
   476 Washington Road                                 fka Fayella Cherubin  
   Sayreville, NJ 08872                                   476 Washington Road  
                                                            Sayreville, NJ 08872

Social Security No.:  
   xxx−xx−1333                                                     xxx−xx−4375

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:        1/5/21  
Time:       01:00 PM  
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)  
acqueline Rita Rocci, Debtor's Attorney

COMMISSION OR FEES  
Fees: $4,200.00

EXPENSES  
$40.00

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured  
              creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured  
              creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 15, 2020
JAN:

                                                                           Jeanne Naughton
                                                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 19-23018-MBK
Jerry Michael DeMaio　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
Fayella DeMaio
　　　Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　　　　　　　　User: admin　　　　　　　　　　　　Page 1 of 3
Date Rcvd: Dec 15, 2020　　　　　　　Form ID: 137　　　　　　　　　　Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol　　Definition**

+　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++　　Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##　　Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jerry Michael DeMaio, Fayella DeMaio, 476 Washington Road, Sayreville, NJ 08872-1953 |
| cr | | Infiniti Financial Services, a division of Nissan, P.O. Box 660366, Dallas, TX 75266-0366 |
| 518331955 | + | American Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518366586 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518331956 | | Ars Account Resolution, 1643 Nw 136 Ave Bld H St, Sunrise, FL 33323 |
| 518331957 | + | Aspire, Po Box 105555, Atlanta, GA 30348-5555 |
| 518331958 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 518331959 | | Cach Llc/resurgent Cap, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 518331968 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's/dsnb, Po Box 8218, Mason, OH 45040 |
| 518331963 | + | Hackensack Meridian Health, Riverview Medical Center, 1 Riverview Plaza, Red Bank, NJ 07701-1872 |
| 518452395 | + | HomeBridge Financial Services, Inc., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 518331964 | + | Homebridge Financial Services, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 518331970 | + | Nissan-infiniti Lt, Pob 660366, Dallas, TX 75266-0366 |
| 518367731 | + | Phillip S. Van Embden, Esq, 900 East Pine Street, POB 863, Millville, NJ 08332-0863 |
| 518331973 | + | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518331974 | + | Princeton House, 905 Herrontown Rd, Princeton, NJ 08540-1998 |
| 518331977 | + | RMA of New Jersey, 140 Allen Road, Basking Ridge, NJ 07920-2976 |
| 518331976 | + | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 518331979 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation-Bankruptcy Depart, P.O. Box 245, Trenton, NJ 08695 |
| 518367732 | + | Slater Tenaglia Fritz, 301 Third Street, Ocean City, NJ 08226-4007 |
| 518331980 | + | Summit Oaks Hospital, 19 Prospect Street, Summit, NJ 07901-2531 |
| 518367730 | + | TWR as Custodian for, Ebury Fund 1 NJ LLC, 26 Broad Street, Ste. 4, Red Bank, NJ 07701-1945 |
| 518331985 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 518331986 | + | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 518331987 | | Verizon Wireless/sou, National Recovery Operations, Minneapolis, MN 55426 |
| 518331988 | + | Wells Fargo Dealer Svc, Po Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 15 2020 21:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 15 2020 21:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518331954 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 15 2020 21:15:00 | Ally Financial, P.o. Box 380901, Bloomington, |

Case 19-23018-MBK    Doc 65    Filed 12/17/20    Entered 12/18/20 00:17:28    Desc Imaged
                              Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 15, 2020 | Form ID: 137 | Total Noticed: 55 |

| Notice ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | MN 55438-0901 |
| 518442833 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2020 22:17:28 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518331960 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 15 2020 22:20:02 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518331961 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 15 2020 21:16:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 518331962 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 15 2020 22:18:44 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518399764 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 15 2020 21:16:00 | Department of Treasury - Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518442561 | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 15 2020 21:17:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518331966 | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 15 2020 22:19:58 | Jpmcb - Card Service, Po Box 15369, Wilmington, DE 19850 |
| 518331967 | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 15 2020 22:19:58 | Jpmcb Auto, Po Box 901003, Ft Worth, TX 76101 |
| 518331969 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 15 2020 21:16:00 | Midland Funding LLC, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 518419823 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 15 2020 21:16:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 518331971 | + Email/Text: bnc@nordstrom.com | Dec 15 2020 21:16:48 | Nordstrom/td Bank Usa, 13531 E. Caley Ave, Englewood, CO 80111-6504 |
| 518446308 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 15 2020 22:20:10 | Portfolio Recovery Associates, LLC, c/o Banana Republic, POB 41067, Norfolk VA 23541 |
| 518446128 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 15 2020 22:20:09 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518446935 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 15 2020 22:17:26 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 518372467 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 15 2020 22:20:10 | Portfolio Recovery Associates, LLC, c/o Pc Richard, POB 41067, Norfolk VA 23541 |
| 518446320 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 15 2020 22:20:10 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 518367733 | + Email/Text: ebn@vativrecovery.com | Dec 15 2020 21:16:00 | Palisades Collection LLC, 210 Sylvan Avenue, Englewood Cliffs, NJ 07632-2510 |
| 518331972 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 15 2020 22:17:26 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 518331975 | + Email/Text: bankruptcy@prosper.com | Dec 15 2020 21:17:00 | Prosper Marketplace In, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 518433842 | Email/Text: bnc-quantum@quantum3group.com | Dec 15 2020 21:16:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518331978 | + Email/Text: rwjebn@rwjbh.org | Dec 15 2020 21:17:00 | Robert Wood Johnson Hospital, One Robert Wood Johnson Place, New Brunswick, NJ 08901-1966 |
| 518331981 | + Email/PDF: gecsedi@recoverycorp.com | Dec 15 2020 22:18:32 | Syncb/banana Republi, Po Box 965005, Orlando, FL 32896-5005 |
| 518331982 | + Email/PDF: gecsedi@recoverycorp.com | Dec 15 2020 22:18:32 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 518331983 | + Email/PDF: gecsedi@recoverycorp.com | Dec 15 2020 22:19:54 | Syncb/score Rewards, P.o. Box 965005, Orlando, FL 32896-5005 |
| 518333266 | + Email/PDF: gecsedi@recoverycorp.com | | |

Case 19-23018-MBK    Doc 65    Filed 12/17/20    Entered 12/18/20 00:17:28    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 15, 2020 | Form ID: 137 | Total Noticed: 55 |

|  |  |  | Dec 15 2020 22:18:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
|---|---|---|---|---|
| 518331984 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 15 2020 22:19:54 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm |  | HomeBridge Financial Services Inc. |
| 518331965 | *+ | Internal Revenue Service, Department of the Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518367729 | ##+ | Public Tax Investments, LLC, POB 1030, Brick, NJ 08723-0090 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Dec 17, 2020 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jacqueline Rita Rocci | on behalf of Joint Debtor Fayella DeMaio jacqueline@rocciesquire.com |
| Jacqueline Rita Rocci | on behalf of Debtor Jerry Michael DeMaio jacqueline@rocciesquire.com |
| John R. Morton, Jr. | on behalf of Creditor Infiniti Financial Services a division of Nissan Motor Acceptance Corporation, servicer for Nissan-Infiniti Lt ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor HomeBridge Financial Services Inc. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8