| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jacqueline R. Rocci, Esquire (2911)<br>340 Main Street<br>Metuchen, New Jersey 08840<br>Telephone: 732-321-1049<br>Facsimile: 732-482-1131 |
| In Jerry Michael DeMaio and<br>Fayella DeMaio |

Order Filed on January 6, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:     19-23018

Chapter:      13

Judge:        Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 6, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _Jacqueline Rita Rocci, , the applicant, is allowed a fee of $ 4,200.00 for services rendered and expenses in the amount of $40.00_ for a total of $ 4,240.00_ . The allowance is payable:

    ☒  through the Chapter 13 plan as an administrative priority.

    ☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_NA__ per month for _NA__ months to allow for payment of the above fee.

*rev.8/1/15*