|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Jacqueline R. Rocci, Esquire (2911)<br>340 Main Street<br>Metuchen, New Jersey 08840<br>Telephone: 732-321-1049<br>Facsimile: 732-482-1131 |
| In Jerry Michael DeMaio and<br>Fayella DeMaio |

Order Filed on January 6, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:      19-23018

Chapter:              13

Judge:          Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 6, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _Jacqueline Rita Rocci, , the applicant, is allowed a fee of $ 4,200.00 for services rendered and expenses in the amount of $40.00_ for a total of $ 4,240.00_ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_NA__ per month for _NA__ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-23018-MBK
Jerry Michael DeMaio  Chapter 13
Fayella DeMaio
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Jan 07, 2021  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**   **Definition**
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

**Recip ID**   **Recipient Name and Address**
db/jdb   + Jerry Michael DeMaio, Fayella DeMaio, 476 Washington Road, Sayreville, NJ 08872-1953

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2021  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:

**Name**   **Email Address**

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
    docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor HomeBridge Financial Services  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jacqueline Rita Rocci
    on behalf of Joint Debtor Fayella DeMaio jacqueline@rocciesquire.com

Jacqueline Rita Rocci
    on behalf of Debtor Jerry Michael DeMaio jacqueline@rocciesquire.com

John R. Morton, Jr.

District/off: 0312-3     User: admin     Page 2 of 2
Date Rcvd: Jan 07, 2021     Form ID: pdf903     Total Noticed: 1

on behalf of Creditor Infiniti Financial Services  a division of Nissan Motor Acceptance Corporation, servicer for Nissan-Infiniti Lt ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Rebecca Ann Solarz

on behalf of Creditor HomeBridge Financial Services  Inc. rsolarz@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8