| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-23018 / MBK**

Jerry Michael DeMaio
Fayella DeMaio

Petition Filed Date: 07/01/2019
341 Hearing Date: 08/01/2019
Confirmation Date: 03/11/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2020 | $6,000.00 | 65213480 | 03/02/2020 | $6,000.00 | 66011800 | 03/31/2020 | $6,000.00 | 66744320 |
| 05/01/2020 | $6,000.00 | 67550560 | 06/01/2020 | $6,000.00 | 68319110 | 07/02/2020 | $6,000.00 | 69106540 |
| 08/03/2020 | $6,000.00 | 69761310 | 09/01/2020 | $6,000.00 | 70547140 | 09/30/2020 | $6,000.00 | 71214720 |
| 10/29/2020 | $6,000.00 | 71910230 | 11/30/2020 | $6,000.00 | 72614890 | 12/29/2020 | $6,000.00 | 73348010 |
| 02/02/2021 | $6,000.00 | 74208440 | | | | | | |

**Total Receipts for the Period:  $78,000.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $114,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jerry Michael DeMaio | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JACQUELINE R ROCCI ESQ<br>»»  ATTY DISCLOSURE/ORDER 4/22/20 | Attorney Fees | $4,221.00 | $4,221.00 | $0.00 |
| 1 | AMERICAN EXPRESS | Unsecured Creditors | $5,795.32 | $0.00 | $5,795.32 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  PC RICHARD | Unsecured Creditors | $3,094.55 | $0.00 | $3,094.55 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2009-2010 | Secured Creditors | $46,971.00 | $27,437.74 | $19,533.26 |
| 4 | INTERNAL REVENUE SERVICE<br>»»  2016-2018 | Priority Crediors | $144,592.74 | $0.00 | $144,592.74 |
| 5 | INTERNAL REVENUE SERVICE<br>»»  2004-2007; 2010,2013-2015 | Unsecured Creditors | $307,300.03 | $0.00 | $307,300.03 |
| 6 | MIDLAND CREDIT  AS AGENT FOR<br>»»  JUDGMENT DC-002277-18 | Unsecured Creditors | $4,930.78 | $0.00 | $4,930.78 |
| 7 | ---- | | $0.00 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP LLC<br>»»  VICTORIA'S SECRET | Unsecured Creditors | $2,630.61 | $0.00 | $2,630.61 |
| 9 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  VERIZON WIRELESS | Unsecured Creditors | $2,058.62 | $0.00 | $2,058.62 |
| 10 | CACH, LLC<br>»»  PROSPER FUNDING LLC | Unsecured Creditors | $4,363.15 | $0.00 | $4,363.15 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE BANK | Unsecured Creditors | $1,101.79 | $0.00 | $1,101.79 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BANANA REPUBLIC | Unsecured Creditors | $1,760.40 | $0.00 | $1,760.40 |

**Chapter 13 Case No. 19-23018 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  PC RICHARD | Unsecured Creditors | $1,278.39 | $0.00 | $1,278.39 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  HOME DEPOT | Unsecured Creditors | $757.86 | $0.00 | $757.86 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  LOWES | Unsecured Creditors | $758.02 | $0.00 | $758.02 |
| 16 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 2009-2010;2013 | Secured Creditors | $27,583.66 | $16,112.80 | $11,470.86 |
| 17 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 2018 | Priority Crediors | $122.09 | $0.00 | $122.09 |
| 18 | NJ DIVISION OF TAXATION<br>»»  COSTS 8/2015;5/2017 | Unsecured Creditors | $2,471.81 | $0.00 | $2,471.81 |
| 19 | HOMEBRIDGE FINANCIAL SERVICES, INC.<br>»»  P/476 WASHINGTON RD/1ST MTG/ORDER 11/7/2019 | Mortgage Arrears | $60,000.00 | $35,048.54 | $24,951.46 |
| 20 | Nissan-infiniti Lt<br>»»  2014 INFINITI Q60/ORDER 3/18/20 | Debt Secured by Vehicle | $13,211.93 | $13,211.93 | $0.00 |
| 0 | JACQUELINE R ROCCI ESQ<br>»»  ORDER 1/6/21 | Attorney Fees | $4,240.00 | $4,240.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $114,000.00 | Plan Balance: | $246,000.00  ** |
| Paid to Claims: | $100,272.01 | Current Monthly Payment: | $6,000.00 |
| Paid to Trustee: | $8,093.99 | Arrearages: | $0.00 |
| Funds on Hand: | $5,634.00 | Total Plan Base: | $360,000.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**