B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re  Jerry Michael DeMaio and  ,                     Case No.  19-23018-MBK
Fayella DeMaio fka Fayella Cherubin

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Freedom Mortgage Corporation                         HomeBridge Financial Services, Inc.
Name of Transferee                                   Name of Transferor

Name and Address where notices to transferee         Court Claim # (if known):  14-1
should be sent:                                      Amount of Claim:  $605,141.03
Freedom Mortgage Corporation                         Date Claim Filed:  09/09/2019
10500 Kincaid Drive
Fishers, IN 46037-9764
Phone:  855-690-5900                                 Phone:  N/A
Last Four Digits of Acct #:  2239                    Last Four Digits of Acct. #:  0293

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ ReShaundra M. Suggs                          Date:  04/26/2021
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing Transfer of Claim was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and/or electronic mail through CM/ECF on this date.

Date: April 26, 2021

Debtor
Jerry Michael Demaio
476 Washington Rd
Sayreville, NJ 08872

Fayella Demaio
476 Washington Rd
Sayreville, NJ 08872

Jacqueline Rita Rocci
Jaqueline Rite Rocci Attorney At Law
340 Main Street
Metuchen, NJ 08840

Trustee
Albert Russo
P.O. Box 4853
Trenton, NJ 08650

 

Choice Legal Group, P.A.
P.O. Box 771270
Coral Springs, FL 33077
Telephone: (954) 453-0365/1-800-441-2438
Facsimile:  (954) 771-6052
ecfnotice@clegalgroup.com
By: /s/ ReShaundra M. Suggs
ReShaundra M. Suggs