UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Jacqueline R. Rocci, Esquire (2911)
340 Main Street
Metuchen, New Jersey 08840
(732) 321-1049

In Re:

Jerry M. DeMaio and
Fayella DeMaio

Case No.: 19-23018
Chapter: 13
Adv. No.: 
Hearing Date: February 9, 2022
Judge: Kaplan

## CERTIFICATION OF SERVICE

1. I,  Jacqueline R. Rocci  :

    ☑ represent the  Debtors  in the above-captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On  January 12, 2022 , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Notice of Motion to Authorize Final Mortgage Modification, Certification in Support, Exhibit and the Proposed Order

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  1/12/2022                         /s/ Jacqueline R. Rocci
                                          Signature

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jerry Michael DeMaio and Fayella DeMaio<br><br>pdf Copies were served by email as agreed. | Debtor | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>☑ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>    (as authorized by the court *) |
| Albert Russo<br>Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>    (as authorized by the court *) |
| Freedom Mortgage<br>via DMM Portal as agreed | Secured Creditor | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>☑ Other  DMM Portal as Agreed<br>    (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>☑ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>    (as authorized by the court *) |

2