| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
Chapter 13 Case No. 19-23018 / MBK

Jerry Michael DeMaio  
Fayella DeMaio

Petition Filed Date: 07/01/2019  
341 Hearing Date: 08/01/2019  
Confirmation Date: 03/11/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/02/2021 | $6,000.00 | 74208440 | 02/26/2021 | $6,000.00 | 74808040 | 03/31/2021 | $6,000.00 | 75628470 |
| 04/28/2021 | $9,193.28 | 76291150 | 04/30/2021 | $6,000.00 | 76350730 | 05/26/2021 | $6,000.00 | 76954080 |
| 06/30/2021 | $6,000.00 | 77755430 | 07/28/2021 | $6,000.00 | 78389540 | 08/27/2021 | $6,000.00 | 79044030 |
| 09/29/2021 | $6,000.00 | 79778220 | 10/27/2021 | $6,000.00 | 80390260 | 11/29/2021 | $6,000.00 | 81085520 |
| 12/28/2021 | $6,000.00 | 81710890 | | | | | | |

**Total Receipts for the Period: $81,193.28   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $189,193.28**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jerry Michael DeMaio | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JACQUELINE R ROCCI ESQ<br>»» ATTY DISCLOSURE/ORDER 4/22/20 | Attorney Fees | $4,221.00 | $4,221.00 | $0.00 |
| 1 | AMERICAN EXPRESS | Unsecured Creditors | $5,795.32 | $0.00 | $5,795.32 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»» PC RICHARD | Unsecured Creditors | $3,094.55 | $0.00 | $3,094.55 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2009-2010 | Secured Creditors | $46,971.00 | $46,971.00 | $0.00 |
| 4 | INTERNAL REVENUE SERVICE<br>»» 2016-2018 | Priority Crediors | $144,592.74 | $19,386.58 | $125,206.16 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2004-2007; 2010,2013-2015 | Unsecured Creditors | $307,300.03 | $0.00 | $307,300.03 |
| 6 | MIDLAND CREDIT AS AGENT FOR<br>»» JUDGMENT DC-002277-18 | Unsecured Creditors | $4,930.78 | $0.00 | $4,930.78 |
| 7 | ---- | | $0.00 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP LLC<br>»» VICTORIA'S SECRET | Unsecured Creditors | $2,630.61 | $0.00 | $2,630.61 |
| 9 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» VERIZON WIRELESS | Unsecured Creditors | $2,058.62 | $0.00 | $2,058.62 |
| 10 | CACH, LLC<br>»» PROSPER FUNDING LLC | Unsecured Creditors | $4,363.15 | $0.00 | $4,363.15 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE BANK | Unsecured Creditors | $1,101.79 | $0.00 | $1,101.79 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BANANA REPUBLIC | Unsecured Creditors | $1,760.40 | $0.00 | $1,760.40 |

**Chapter 13 Case No. 19-23018 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» PC RICHARD | Unsecured Creditors | $1,278.39 | $0.00 | $1,278.39 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» HOME DEPOT | Unsecured Creditors | $757.86 | $0.00 | $757.86 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» LOWES | Unsecured Creditors | $758.02 | $0.00 | $758.02 |
| 16 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2009-2010;2013 | Secured Creditors | $27,583.66 | $27,583.66 | $0.00 |
| 17 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2018 | Priority Crediors | $122.09 | $16.38 | $105.71 |
| 18 | NJ DIVISION OF TAXATION<br>»» COSTS 8/2015;5/2017 | Unsecured Creditors | $2,471.81 | $0.00 | $2,471.81 |
| 19 | FREEDOM MORTGAGE CORPORATION<br>»» P/476 WASHINGTON RD/1ST MTG/ORDER 11/7/2019/HOMEBRIDGE | Mortgage Arrears | $60,000.00 | $60,000.00 | $0.00 |
| 20 | Nissan-infiniti Lt<br>»» 2014 INFINITI Q60/ORDER 3/18/20 | Debt Secured by Vehicle | $13,211.93 | $13,211.93 | $0.00 |
| 0 | JACQUELINE R ROCCI ESQ<br>»» ORDER 1/6/21 | Attorney Fees | $4,240.00 | $4,240.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $189,193.28 | Plan Balance: | $170,806.72 ** |
| Paid to Claims: | $175,630.55 | Current Monthly Payment: | $6,000.00 |
| Paid to Trustee: | $13,562.73 | Arrearages: | ($3,193.28) |
| Funds on Hand: | $0.00 | Total Plan Base: | $360,000.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.