| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 19-23018 / MBK**

Jerry Michael DeMaio  
Fayella DeMaio

Petition Filed Date: 07/01/2019  
341 Hearing Date: 08/01/2019  
Confirmation Date: 03/11/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/07/2022 | $6,000.00 | 83222320 | 03/28/2022 | $6,000.00 | 83660740 | 05/02/2022 | $6,000.00 | 84357240 |
| 05/31/2022 | $6,000.00 | 84947130 | 06/28/2022 | $6,000.00 | 85538720 | 08/25/2022 | $6,000.00 | 86680300 |
| 08/29/2022 | $6,000.00 | 86719160 | 09/29/2022 | $6,000.00 | 87346220 | 10/28/2022 | $6,000.00 | 87918690 |
| 11/30/2022 | $6,000.00 | 88499480 | 12/27/2022 | $6,000.00 | 89019960 | 01/30/2023 | $6,000.00 | 89661780 |
| 02/28/2023 | $6,000.00 | 90230860 | | | | | | |

**Total Receipts for the Period: $78,000.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $267,193.28**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jerry Michael DeMaio | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jacqueline R. Rocci, Esq.<br>»» ATTY DISCLOSURE/ORDER 4/22/20 | Attorney Fees | $4,221.00 | $4,221.00 | $0.00 |
| 1 | AMERICAN EXPRESS | Unsecured Creditors | $5,795.32 | $0.00 | $5,795.32 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»» PC RICHARD | Unsecured Creditors | $3,094.55 | $0.00 | $3,094.55 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2009-2010 | Secured Creditors | $46,971.00 | $46,971.00 | $0.00 |
| 4 | INTERNAL REVENUE SERVICE<br>»» 2016-2018 | Priority Crediors | $144,592.74 | $85,570.68 | $59,022.06 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2004-2007; 2010,2013-2015 | Unsecured Creditors | $307,300.03 | $0.00 | $307,300.03 |
| 6 | MIDLAND CREDIT AS AGENT FOR<br>»» JUDGMENT DC-002277-18 | Unsecured Creditors | $4,930.78 | $0.00 | $4,930.78 |
| 7 | ---- | | $0.00 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP LLC<br>»» VICTORIA'S SECRET | Unsecured Creditors | $2,630.61 | $0.00 | $2,630.61 |
| 9 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» VERIZON WIRELESS | Unsecured Creditors | $2,058.62 | $0.00 | $2,058.62 |
| 10 | CACH, LLC<br>»» PROSPER FUNDING LLC | Unsecured Creditors | $4,363.15 | $0.00 | $4,363.15 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE BANK | Unsecured Creditors | $1,101.79 | $0.00 | $1,101.79 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BANANA REPUBLIC | Unsecured Creditors | $1,760.40 | $0.00 | $1,760.40 |

**Chapter 13 Case No. 19-23018 / MBK**

| | | | | | |
|---|---|---|---|---|---:|
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  PC RICHARD | Unsecured Creditors | $1,278.39 | $0.00 | $1,278.39 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  HOME DEPOT | Unsecured Creditors | $757.86 | $0.00 | $757.86 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  LOWES | Unsecured Creditors | $758.02 | $0.00 | $758.02 |
| 16 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 2009-2010;2013 | Secured Creditors | $27,583.66 | $27,583.66 | $0.00 |
| 17 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 2018 | Priority Crediors | $122.09 | $72.28 | $49.81 |
| 18 | NJ DIVISION OF TAXATION<br>»»  COSTS 8/2015;5/2017 | Unsecured Creditors | $2,471.81 | $0.00 | $2,471.81 |
| 19 | FREEDOM MORTGAGE CORPORATION<br>»»  P/476 WASHINGTON RD/1ST MTG/ORDER 11/7/2019/HOMEBRIDGE | Mortgage Arrears | $60,000.00 | $60,000.00 | $0.00 |
| 20 | Nissan-infiniti Lt<br>»»  2014 INFINITI Q60/ORDER 3/18/20 | Debt Secured by Vehicle | $13,211.93 | $13,211.93 | $0.00 |
| 0 | Jacqueline R. Rocci, Esq.<br>»»  ORDER 1/6/21 | Attorney Fees | $4,240.00 | $4,240.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $267,193.28 | Plan Balance: | $92,806.72 ** |
| Paid to Claims: | $241,870.55 | Current Monthly Payment: | $6,000.00 |
| Paid to Trustee: | $19,754.73 | Arrearages: | ($3,193.28) |
| Funds on Hand: | $5,568.00 | Total Plan Base: | $360,000.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more  information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.