Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−23018−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jerry Michael DeMaio
476 Washington Road
Sayreville, NJ 08872

Fayella DeMaio
fka Fayella Cherubin
476 Washington Road
Sayreville, NJ 08872

Social Security No.:
xxx−xx−1333

xxx−xx−4375

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 19, 2020.

On October 31, 2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:       December 13, 2023
Time:       10:00 AM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 1, 2023
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                        Case No. 19-23018-MBK
Jerry Michael DeMaio                                                                          Chapter 13
Fayella DeMaio
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4
Date Rcvd: Nov 01, 2023      Form ID: 185      Total Noticed: 58

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jerry Michael DeMaio, Fayella DeMaio, 476 Washington Road, Sayreville, NJ 08872-1953 |
| 518331956 | | Ars Account Resolution, 1643 Nw 136 Ave Bld H St, Sunrise, FL 33323 |
| 518331963 | + | Hackensack Meridian Health, Riverview Medical Center, 1 Riverview Plaza, Red Bank, NJ 07701-1872 |
| 518331964 | + | Homebridge Financial Services, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 518367731 | + | Phillip S. Van Embden, Esq, 900 East Pine Street, POB 863, Millville, NJ 08332-0863 |
| 518331974 | + | Princeton House, 905 Herrontown Rd, Princeton, NJ 08540-1998 |
| 518367729 | + | Public Tax Investments, LLC, POB 1030, Brick, NJ 08723-0090 |
| 518331977 | + | RMA of New Jersey, 140 Allen Road, Basking Ridge, NJ 07920-2976 |
| 518367732 | + | Slater Tenaglia Fritz, 301 Third Street, Ocean City, NJ 08226-4007 |
| 518331979 | + | State of New Jersey, Department of the Treasury, Division of Taxation-Bankruptcy Depart, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518331980 | + | Summit Oaks Hospital, 19 Prospect Street, Summit, NJ 07901-2531 |
| 518367730 | + | TWR as Custodian for, Ebury Fund 1 NJ LLC, 26 Broad Street, Ste. 4, Red Bank, NJ 07701-1945 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 01 2023 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 01 2023 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 01 2023 20:59:00 | Infiniti Financial Services, a division of Nissan, P.O. Box 660366, Dallas, TX 75266-0366 |
| 518331954 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 01 2023 20:59:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 518331955 | + | Email/PDF: bncnotices@becket-lee.com | Nov 01 2023 21:06:16 | American Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518366586 | | Email/PDF: bncnotices@becket-lee.com | Nov 01 2023 21:05:38 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518331957 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 01 2023 20:59:00 | Aspire, Po Box 105555, Atlanta, GA 30348-5555 |
| 518331958 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 01 2023 20:58:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518442833 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 01 2023 21:05:56 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518331959 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 01 2023 21:06:18 | Cach Llc/resurgent Cap, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 518331960 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 01 2023 21:06:04 | Capital One Bank Usa N, Po Box 30281, Salt Lake |

Case 19-23018-MBK    Doc 92    Filed 11/03/23    Entered 11/04/23 00:18:32    Desc Imaged
                        Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 01, 2023 | Form ID: 185 | Total Noticed: 58 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | City, UT 84130-0281 |
| 518331961 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 01 2023 21:01:00 | | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 518331962 | + | Email/PDF: creditonebknotifications@resurgent.com Nov 01 2023 21:05:52 | | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518331968 | | Email/PDF: Citi.BNC.Correspondence@citi.com Nov 01 2023 21:05:39 | | Macy's/dsnb, Po Box 8218, Mason, OH 45040 |
| 518399764 | + | Email/Text: sbse.cio.bnc.mail@irs.gov Nov 01 2023 21:00:00 | | Department of Treasury - Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519193058 | | Email/Text: Bankruptcy@Freedommortgage.com Nov 01 2023 21:00:00 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 519193059 | | Email/Text: Bankruptcy@Freedommortgage.com Nov 01 2023 21:00:00 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764, Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 518452395 | + | Email/Text: BKelectronicnotices@cenlar.com Nov 01 2023 21:00:00 | | HomeBridge Financial Services, Inc., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 518442561 | | Email/Text: JCAP_BNC_Notices@jcap.com Nov 01 2023 21:01:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518331966 | | Email/PDF: ais.chase.ebn@aisinfo.com Nov 01 2023 21:16:43 | | Jpmcb - Card Service, Po Box 15369, Wilmington, DE 19850 |
| 518331967 | | Email/PDF: ais.chase.ebn@aisinfo.com Nov 01 2023 21:16:49 | | Jpmcb Auto, Po Box 901003, Ft Worth, TX 76101 |
| 518331969 | + | Email/Text: bankruptcydpt@mcmcg.com Nov 01 2023 21:01:00 | | Midland Funding LLC, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 518419823 | + | Email/Text: bankruptcydpt@mcmcg.com Nov 01 2023 21:01:00 | | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 518331970 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com Nov 01 2023 20:59:00 | | Nissan-infiniti Lt, Pob 660366, Dallas, TX 75266-0366 |
| 518331971 | + | Email/Text: bnc@nordstrom.com Nov 01 2023 21:00:40 | | Nordstrom/td Bank Usa, 13531 E. Caley Ave, Englewood, CO 80111-6504 |
| 518446308 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 01 2023 21:06:07 | | Portfolio Recovery Associates, LLC, c/o Banana Republic, POB 41067, Norfolk VA 23541 |
| 518446128 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 01 2023 21:06:07 | | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518446935 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 01 2023 21:16:34 | | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 518372467 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 01 2023 21:16:26 | | Portfolio Recovery Associates, LLC, c/o Pc Richard, POB 41067, Norfolk VA 23541 |
| 518446320 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 01 2023 21:06:13 | | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 518331973 | | Email/Text: signed.order@pfwattorneys.com Nov 01 2023 20:59:00 | | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 518367733 | + | Email/Text: ebn@vativrecovery.com Nov 01 2023 21:01:00 | | Palisades Collection LLC, 210 Sylvan Avenue, Englewood Cliffs, NJ 07632-2510 |
| 518331972 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 01 2023 21:16:49 | | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 518331975 | ^ | MEBN Nov 01 2023 20:53:52 | | Prosper Marketplace In, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 518433842 | | Email/Text: bnc-quantum@quantum3group.com Nov 01 2023 21:01:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

Case 19-23018-MBK    Doc 92    Filed 11/03/23    Entered 11/04/23 00:18:32    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 01, 2023 | Form ID: 185 | Total Noticed: 58 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518331976 | + | Email/Text: clientservices@remexinc.com | Nov 01 2023 20:59:00 | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 518331978 | + | Email/Text: rwjebn@rwjbh.org | Nov 01 2023 21:02:00 | Robert Wood Johnson Hospital, One Robert Wood Johnson Place, New Brunswick, NJ 08901-1966 |
| 518331981 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2023 21:06:16 | Syncb/banana Republi, Po Box 965005, Orlando, FL 32896-5005 |
| 518331982 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2023 21:05:43 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 518331983 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2023 21:05:34 | Syncb/score Rewards, P.o. Box 965005, Orlando, FL 32896-5005 |
| 518333266 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2023 21:05:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518331984 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2023 21:05:58 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518331985 | + | Email/Text: bncmail@w-legal.com | Nov 01 2023 21:00:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 518331986 | + | Email/Text: bnc-thebureaus@quantum3group.com | Nov 01 2023 21:00:00 | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 518331987 |  | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 01 2023 20:58:00 | Verizon Wireless/sou, National Recovery Operations, Minneapolis, MN 55426 |
| 518331988 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 01 2023 21:27:18 | Wells Fargo Dealer Svc, Po Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | | HomeBridge Financial Services Inc. |
| 518331965 | *+ | Internal Revenue Service, Department of the Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 03, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 01, 2023 | Form ID: 185 | Total Noticed: 58 |

| | |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jacqueline Rita Rocci, I | on behalf of Joint Debtor Fayella DeMaio jacqueline@rocciesquire.com  rocci.jacqueliner.b118579@notify.bestcase.com |
| Jacqueline Rita Rocci, I | on behalf of Debtor Jerry Michael DeMaio jacqueline@rocciesquire.com  rocci.jacqueliner.b118579@notify.bestcase.com |
| John R. Morton, Jr. | on behalf of Creditor Infiniti Financial Services  a division of Nissan Motor Acceptance Corporation, servicer for Nissan-Infiniti Lt ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8