UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Jerry Michael DeMaio and Fayella DeMaio

Case No.: 19-23018

Chapter: 13

Judge: MBK

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: Jacqueline Rocci

This will confirm that on October 31, 2023 the following document(s) was filed by you.

☒ Amendment to Schedule(s) I,J ,

☐ Missing Documents, including Schedule(s) _____ ,

This will further confirm that the court has not received the following supplemental documents:

☒ Declaration About an Individual Debtor's Schedules (106 Declaration)

☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: November 1, 2023            Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court

District of New Jersey

In re:  
Jerry Michael DeMaio  
Fayella DeMaio  
    Debtors

Case No. 19-23018-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Nov 01, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jerry Michael DeMaio, Fayella DeMaio, 476 Washington Road, Sayreville, NJ 08872-1953 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2023 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo  
     on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo  
     docs@russotrustee.com

Denise E. Carlon  
     on behalf of Creditor HomeBridge Financial Services  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon  
     on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jacqueline Rita Rocci, I  
     on behalf of Joint Debtor Fayella DeMaio jacqueline@rocciesquire.com  rocci.jacqueliner.b118579@notify.bestcase.com

Jacqueline Rita Rocci, I

on behalf of Debtor Jerry Michael DeMaio jacqueline@rocciesquire.com  rocci.jacqueliner.b118579@notify.bestcase.com

John R. Morton, Jr.

on behalf of Creditor Infiniti Financial Services  a division of Nissan Motor Acceptance Corporation, servicer for Nissan-Infiniti Lt ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8