Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−23018−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Jerry Michael DeMaio                                     Fayella DeMaio
   476 Washington Road                                     fka Fayella Cherubin
   Sayreville, NJ 08872                                      476 Washington Road
                                                                    Sayreville, NJ 08872

Social Security No.:
   xxx−xx−1333                                                      xxx−xx−4375

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 29, 2024.

Dated: January 29, 2024
JAN: dmi

                                                                                                 Jeanne Naughton
                                                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-23018-MBK
Jerry Michael DeMaio  Chapter 13
Fayella DeMaio
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　　　　　　　　　User: admin　　　　　　　　　　　Page 1 of 4
Date Rcvd: Jan 29, 2024　　　　　　　　　Form ID: plncf13　　　　　　　　Total Noticed: 58

The following symbols are used throughout this certificate:
**Symbol　　Definition**

\+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^　　　　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jerry Michael DeMaio, Fayella DeMaio, 476 Washington Road, Sayreville, NJ 08872-1953 |
| 518331956 | | Ars Account Resolution, 1643 Nw 136 Ave Bld H St, Sunrise, FL 33323 |
| 518331963 | + | Hackensack Meridian Health, Riverview Medical Center, 1 Riverview Plaza, Red Bank, NJ 07701-1872 |
| 518331964 | + | Homebridge Financial Services, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 518367731 | + | Phillip S. Van Embden, Esq, 900 East Pine Street, POB 863, Millville, NJ 08332-0863 |
| 518331974 | + | Princeton House, 905 Herrontown Rd, Princeton, NJ 08540-1998 |
| 518367729 | + | Public Tax Investments, LLC, POB 1030, Brick, NJ 08723-0090 |
| 518331977 | + | RMA of New Jersey, 140 Allen Road, Basking Ridge, NJ 07920-2976 |
| 518367732 | + | Slater Tenaglia Fritz, 301 Third Street, Ocean City, NJ 08226-4007 |
| 518331980 | + | Summit Oaks Hospital, 19 Prospect Street, Summit, NJ 07901-2531 |
| 518333266 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518367730 | + | TWR as Custodian for, Ebury Fund 1 NJ LLC, 26 Broad Street, Ste. 4, Red Bank, NJ 07701-1945 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 29 2024 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 29 2024 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 29 2024 20:47:00 | Infiniti Financial Services, a division of Nissan, P.O. Box 660366, Dallas, TX 75266-0366 |
| 518331954 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 29 2024 20:47:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 518331955 | + | Email/PDF: bncnotices@becket-lee.com | Jan 29 2024 20:59:27 | American Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518366586 | | Email/PDF: bncnotices@becket-lee.com | Jan 29 2024 21:10:33 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518331957 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 29 2024 20:47:00 | Aspire, Po Box 105555, Atlanta, GA 30348-5555 |
| 518331958 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 29 2024 20:47:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518442833 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2024 20:59:18 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518331959 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2024 20:59:40 | Cach Llc/resurgent Cap, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 518331960 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 29 2024 20:59:46 | Capital One Bank Usa N, Po Box 30281, Salt Lake |

Case 19-23018-MBK    Doc 102    Filed 01/31/24    Entered 02/01/24 00:17:56    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: plncf13 | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| | | | | City, UT 84130-0281 |
| 518331961 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2024 20:48:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 518331962 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 29 2024 20:59:46 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518331968 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2024 20:59:12 | Macy's/dsnb, Po Box 8218, Mason, OH 45040 |
| 518399764 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 29 2024 20:47:00 | Department of Treasury - Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519193058 | | Email/Text: Bankruptcy@Freedommortgage.com | Jan 29 2024 20:47:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 519193059 | | Email/Text: Bankruptcy@Freedommortgage.com | Jan 29 2024 20:47:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764, Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 518452395 | + | Email/Text: BKelectronicnotices@cenlar.com | Jan 29 2024 20:47:00 | HomeBridge Financial Services, Inc., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 518442561 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 29 2024 20:48:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518331966 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 29 2024 20:59:38 | Jpmcb - Card Service, Po Box 15369, Wilmington, DE 19850 |
| 518331967 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 29 2024 20:59:46 | Jpmcb Auto, Po Box 901003, Ft Worth, TX 76101 |
| 518331969 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 29 2024 20:48:00 | Midland Funding LLC, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 518419823 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 29 2024 20:48:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 518331970 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 29 2024 20:47:00 | Nissan-infiniti Lt, Pob 660366, Dallas, TX 75266-0366 |
| 518331971 | + | Email/Text: bnc@nordstrom.com | Jan 29 2024 20:47:57 | Nordstrom/td Bank Usa, 13531 E. Caley Ave, Englewood, CO 80111-6504 |
| 518446308 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 29 2024 20:59:12 | Portfolio Recovery Associates, LLC, c/o Banana Republic, POB 41067, Norfolk VA 23541 |
| 518446128 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 29 2024 21:10:33 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518446935 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 29 2024 20:59:46 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 518372467 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 29 2024 20:59:26 | Portfolio Recovery Associates, LLC, c/o Pc Richard, POB 41067, Norfolk VA 23541 |
| 518446320 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 29 2024 21:10:41 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 518331973 | | Email/Text: signed.order@pfwattorneys.com | Jan 29 2024 20:47:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 518367733 | + | Email/Text: ebn@vativrecovery.com | Jan 29 2024 20:48:00 | Palisades Collection LLC, 210 Sylvan Avenue, Englewood Cliffs, NJ 07632-2510 |
| 518331972 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 29 2024 21:10:30 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 518331975 | ^ | MEBN | Jan 29 2024 20:46:22 | Prosper Marketplace In, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 518433842 | | Email/Text: bnc-quantum@quantum3group.com | Jan 29 2024 20:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

Case 19-23018-MBK    Doc 102    Filed 01/31/24    Entered 02/01/24 00:17:56    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 29, 2024 | Form ID: plncf13 | Total Noticed: 58 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518331976 | + | Email/Text: clientservices@remexinc.com | Jan 29 2024 20:47:00 | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 518331978 | + | Email/Text: rwjebn@rwjbh.org | Jan 29 2024 20:48:00 | Robert Wood Johnson Hospital, One Robert Wood Johnson Place, New Brunswick, NJ 08901-1966 |
| 518331979 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 29 2024 20:47:00 | State of New Jersey, Department of the Treasury, Division of Taxation-Bankruptcy Depart, P.O. Box 245, Trenton, NJ 08695 |
| 518331981 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2024 21:10:37 | Syncb/banana Republi, Po Box 965005, Orlando, FL 32896-5005 |
| 518331982 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2024 20:59:14 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 518331983 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2024 21:10:30 | Syncb/score Rewards, P.o. Box 965005, Orlando, FL 32896-5005 |
| 518331984 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2024 21:10:32 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518331985 | + | Email/Text: bncmail@w-legal.com | Jan 29 2024 20:48:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 518331986 | + | Email/Text: bnc-thebureaus@quantum3group.com | Jan 29 2024 20:47:00 | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 518331987 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 29 2024 20:47:00 | Verizon Wireless/sou, National Recovery Operations, Minneapolis, MN 55426 |
| 518331988 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 29 2024 20:59:38 | Wells Fargo Dealer Svc, Po Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | | HomeBridge Financial Services Inc. |
| 518331965 | *+ | Internal Revenue Service, Department of the Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2024 at the address(es) listed below:

**Name**        **Email Address**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 29, 2024 | Form ID: plncf13 | Total Noticed: 58 |

| | |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jacqueline Rita Rocci, I | on behalf of Joint Debtor Fayella DeMaio jacqueline@rocciesquire.com  rocci.jacqueliner.b118579@notify.bestcase.com |
| Jacqueline Rita Rocci, I | on behalf of Debtor Jerry Michael DeMaio jacqueline@rocciesquire.com  rocci.jacqueliner.b118579@notify.bestcase.com |
| John R. Morton, Jr. | on behalf of Creditor Infiniti Financial Services  a division of Nissan Motor Acceptance Corporation, servicer for Nissan-Infiniti Lt ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8