Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19−23018−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jerry Michael DeMaio
476 Washington Road
Sayreville, NJ 08872

Fayella DeMaio
fka Fayella Cherubin
476 Washington Road
Sayreville, NJ 08872

Social Security No.:
xxx−xx−1333

xxx−xx−4375

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:     5/22/24
Time:     02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Jacqueline Rita Rocci I, Debtor's Attorney

COMMISSION OR FEES
fee: $6825

EXPENSES
expenses: $50

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 16, 2024
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-23018-MBK
Jerry Michael DeMaio  Chapter 13
Fayella DeMaio
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 4
Date Rcvd: Apr 16, 2024 | Form ID: 137 | Total Noticed: 58

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jerry Michael DeMaio, Fayella DeMaio, 476 Washington Road, Sayreville, NJ 08872-1953 |
| 518331956 | | Ars Account Resolution, 1643 Nw 136 Ave Bld H St, Sunrise, FL 33323 |
| 518331963 | + | Hackensack Meridian Health, Riverview Medical Center, 1 Riverview Plaza, Red Bank, NJ 07701-1872 |
| 518367731 | + | Phillip S. Van Embden, Esq, 900 East Pine Street, POB 863, Millville, NJ 08332-0863 |
| 518331974 | + | Princeton House, 905 Herrontown Rd, Princeton, NJ 08540-1998 |
| 518367729 | + | Public Tax Investments, LLC, POB 1030, Brick, NJ 08723-0090 |
| 518331977 | + | RMA of New Jersey, 140 Allen Road, Basking Ridge, NJ 07920-2976 |
| 518367732 | + | Slater Tenaglia Fritz, 301 Third Street, Ocean City, NJ 08226-4007 |
| 518331980 | + | Summit Oaks Hospital, 19 Prospect Street, Summit, NJ 07901-2531 |
| 518333266 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518367730 | + | TWR as Custodian for, Ebury Fund 1 NJ LLC, 26 Broad Street, Ste. 4, Red Bank, NJ 07701-1945 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 16 2024 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 16 2024 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 16 2024 21:11:00 | Infiniti Financial Services, a division of Nissan, P.O. Box 660366, Dallas, TX 75266-0366 |
| 518331954 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 16 2024 21:10:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 518331955 | + | Email/PDF: bncnotices@becket-lee.com | Apr 16 2024 21:45:38 | American Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518366586 | | Email/PDF: bncnotices@becket-lee.com | Apr 16 2024 21:46:12 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518331957 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 16 2024 21:10:00 | Aspire, Po Box 105555, Atlanta, GA 30348-5555 |
| 518331958 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 16 2024 21:10:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518442833 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2024 21:23:46 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518331964 | | Email/Text: BKelectronicnotices@cenlar.com | Apr 16 2024 21:11:00 | Homebridge Financial Services, 425 Phillips Blvd, Ewing, NJ 08618 |
| 518331959 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2024 21:24:53 | Cach Llc/resurgent Cap, C/o Resurgent Capital Services, Greenville, SC 29602 |

Case 19-23018-MBK    Doc 104    Filed 04/18/24    Entered 04/19/24 00:24:11    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 16, 2024 | Form ID: 137 | Total Noticed: 58 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 518331960 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2024 21:44:38 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518331961 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2024 21:11:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 518331962 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 16 2024 21:23:39 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518331968 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2024 22:13:01 | Macy's/dsnb, Po Box 8218, Mason, OH 45040 |
| 518399764 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 16 2024 21:11:00 | Department of Treasury - Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519193058 | | Email/Text: Bankruptcy@Freedommortgage.com | Apr 16 2024 21:11:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 519193059 | | Email/Text: Bankruptcy@Freedommortgage.com | Apr 16 2024 21:11:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764, Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 518452395 | + | Email/Text: BKelectronicnotices@cenlar.com | Apr 16 2024 21:11:00 | HomeBridge Financial Services, Inc., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 518442561 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 16 2024 21:12:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518331966 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 16 2024 21:24:55 | Jpmcb - Card Service, Po Box 15369, Wilmington, DE 19850 |
| 518331967 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 16 2024 21:23:38 | Jpmcb Auto, Po Box 901003, Ft Worth, TX 76101 |
| 518331969 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 16 2024 21:12:00 | Midland Funding LLC, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 518419823 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 16 2024 21:12:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 518331970 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 16 2024 21:11:00 | Nissan-infiniti Lt, Pob 660366, Dallas, TX 75266-0366 |
| 518331971 | + | Email/Text: bnc@nordstrom.com | Apr 16 2024 21:11:39 | Nordstrom/td Bank Usa, 13531 E. Caley Ave, Englewood, CO 80111-6504 |
| 518446308 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 21:44:37 | Portfolio Recovery Associates, LLC, c/o Banana Republic, POB 41067, Norfolk VA 23541 |
| 518446128 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 21:45:01 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518446935 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 21:24:56 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 518372467 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 21:46:01 | Portfolio Recovery Associates, LLC, c/o Pc Richard, POB 41067, Norfolk VA 23541 |
| 518446320 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 21:24:52 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 518331973 | | Email/Text: signed.order@pfwattorneys.com | Apr 16 2024 21:10:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 518367733 | + | Email/Text: ebn@vativrecovery.com | Apr 16 2024 21:11:00 | Palisades Collection LLC, 210 Sylvan Avenue, Englewood Cliffs, NJ 07632-2510 |
| 518331972 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 21:44:54 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 518331975 | ^ | MEBN | Apr 16 2024 21:11:25 | Prosper Marketplace In, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 518433842 | | Email/Text: bnc-quantum@quantum3group.com | | |

Case 19-23018-MBK   Doc 104   Filed 04/18/24   Entered 04/19/24 00:24:11   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 16, 2024 | Form ID: 137 | Total Noticed: 58 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 16 2024 21:12:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518331976 | + | Email/Text: clientservices@remexinc.com | Apr 16 2024 21:11:00 | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 518331978 | + | Email/Text: rwjebn@rwjbh.org | Apr 16 2024 21:12:00 | Robert Wood Johnson Hospital, One Robert Wood Johnson Place, New Brunswick, NJ 08901-1966 |
| 518331979 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 16 2024 21:10:00 | State of New Jersey, Department of the Treasury, Division of Taxation-Bankruptcy Depart, P.O. Box 245, Trenton, NJ 08695 |
| 518331981 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2024 21:24:41 | Syncb/banana Republi, Po Box 965005, Orlando, FL 32896-5005 |
| 518331982 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2024 21:23:36 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 518331983 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2024 22:02:08 | Syncb/score Rewards, P.o. Box 965005, Orlando, FL 32896-5005 |
| 518331984 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2024 21:24:43 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518331985 | + | Email/Text: bncmail@w-legal.com | Apr 16 2024 21:11:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 518331986 | + | Email/Text: bnc-thebureaus@quantum3group.com | Apr 16 2024 21:11:00 | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 518331987 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 16 2024 21:10:00 | Verizon Wireless/sou, National Recovery Operations, Minneapolis, MN 55426 |
| 518331988 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 16 2024 21:45:33 | Wells Fargo Dealer Svc, Po Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | | HomeBridge Financial Services Inc. |
| 518331965 | *+ | Internal Revenue Service, Department of the Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Apr 18, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2024 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 16, 2024 | Form ID: 137 | Total Noticed: 58 |

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jacqueline Rita Rocci, I | on behalf of Joint Debtor Fayella DeMaio jacqueline@rocciesquire.com  rocci.jacqueliner.b118579@notify.bestcase.com |
| Jacqueline Rita Rocci, I | on behalf of Debtor Jerry Michael DeMaio jacqueline@rocciesquire.com  rocci.jacqueliner.b118579@notify.bestcase.com |
| John R. Morton, Jr. | on behalf of Creditor Infiniti Financial Services  a division of Nissan Motor Acceptance Corporation, servicer for Nissan-Infiniti Lt ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8