| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jacqueline R. Rocci, Esquire (2911)<br>340 Main Street<br>Metuchen, New Jersey 08840<br>Telephone: 732-321-1049<br>jacqueline@rocciesquire.com | Order Filed on May 22, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Jerry Michael DeMaio and<br>Fayella DeMaio | Case No.:  19-23018<br>Chapter:  13<br>Judge:  Kaplan |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 22, 2024**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _Jacqueline Rita Rocci, , the applicant, is allowed a fee of $ 6,825.00 for services rendered and expenses in the amount of $50.00_ for a total of $ 6,875.00_ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_NA__ per month for _NA__ months to allow for payment of the above fee.

*rev.8/1/15*