| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | Jerry Michael DeMaio<br>First Name   Middle Name   Last Name | Social Security number or ITIN<br>EIN | xxx−xx−1333<br>__−_____ |
| Debtor 2<br>(Spouse, if filing) | Fayella DeMaio<br>First Name   Middle Name   Last Name | Social Security number or ITIN<br>EIN | xxx−xx−4375<br>__−_____ |
| United States Bankruptcy Court   District of New Jersey | | | |
| Case number:   19−23018−MBK | | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jerry Michael DeMaio         Fayella DeMaio
                              fka Fayella Cherubin

11/27/24                      **By the court:** Michael B. Kaplan
                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                                **Chapter 13 Discharge**                                page 2

United States Bankruptcy Court
District of New Jersey

In re:  
Jerry Michael DeMaio  
Fayella DeMaio  
    Debtors

Case No. 19-23018-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Nov 27, 2024      Form ID: 3180W      Total Noticed: 58

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jerry Michael DeMaio, Fayella DeMaio, 476 Washington Road, Sayreville, NJ 08872-1953 |
| 518331956 | | Ars Account Resolution, 1643 Nw 136 Ave Bld H St, Sunrise, FL 33323 |
| 518331963 | + | Hackensack Meridian Health, Riverview Medical Center, 1 Riverview Plaza, Red Bank, NJ 07701-1872 |
| 518367731 | + | Phillip S. Van Embden, Esq, 900 East Pine Street, POB 863, Millville, NJ 08332-0863 |
| 518331974 | + | Princeton House, 905 Herrontown Rd, Princeton, NJ 08540-1998 |
| 518367729 | + | Public Tax Investments, LLC, POB 1030, Brick, NJ 08723-0090 |
| 518331977 | + | RMA of New Jersey, 140 Allen Road, Basking Ridge, NJ 07920-2976 |
| 518367732 | + | Slater Tenaglia Fritz, 301 Third Street, Ocean City, NJ 08226-4007 |
| 518331980 | + | Summit Oaks Hospital, 19 Prospect Street, Summit, NJ 07901-2531 |
| 518367730 | + | TWR as Custodian for, Ebury Fund 1 NJ LLC, 26 Broad Street, Ste. 4, Red Bank, NJ 07701-1945 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 27 2024 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 27 2024 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 27 2024 20:31:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Buliding 4, Fishers, IN 46037-7939 |
| cr | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 27 2024 20:31:00 | Infiniti Financial Services, a division of Nissan, P.O. Box 660366, Dallas, TX 75266-0366 |
| 518331954 | + | EDI: GMACFS.COM | Nov 28 2024 01:21:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 518331955 | + | Email/PDF: bncnotices@becket-lee.com | Nov 27 2024 20:40:49 | American Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518366586 | | Email/PDF: bncnotices@becket-lee.com | Nov 27 2024 20:41:09 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518331957 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 27 2024 20:31:00 | Aspire, Po Box 105555, Atlanta, GA 30348-5555 |
| 518331958 | + | EDI: BANKAMER | Nov 28 2024 01:21:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518442833 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2024 20:40:55 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518331964 | | Email/Text: BKelectronicnotices@cenlar.com | Nov 27 2024 20:31:00 | Homebridge Financial Services, 425 Phillips Blvd, Ewing, NJ 08618 |
| 518331959 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2024 20:40:46 | Cach Llc/resurgent Cap, C/o Resurgent Capital |

Case 19-23018-MBK    Doc 118    Filed 11/29/24    Entered 11/30/24 00:15:50    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 27, 2024 | Form ID: 3180W | Total Noticed: 58 |

| | | | |
|---|---|---|---|
| | | | Services, Greenville, SC 29602 |
| 518331960 | + EDI: CAPITALONE.COM | Nov 28 2024 01:21:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518331961 | + EDI: WFNNB.COM | Nov 28 2024 01:21:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 518331962 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 27 2024 20:40:48 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518331968 | EDI: CITICORP | Nov 28 2024 01:21:00 | Macy's/dsnb, Po Box 8218, Mason, OH 45040 |
| 518399764 | + EDI: IRS.COM | Nov 28 2024 01:21:00 | Department of Treasury - Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519193058 | Email/Text: Bankruptcy@Freedommortgage.com | Nov 27 2024 20:31:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 518452395 | + Email/Text: BKelectronicnotices@cenlar.com | Nov 27 2024 20:31:00 | HomeBridge Financial Services, Inc., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 518442561 | EDI: JEFFERSONCAP.COM | Nov 28 2024 01:21:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518331966 | EDI: JPMORGANCHASE | Nov 28 2024 01:21:00 | Jpmcb - Card Service, Po Box 15369, Wilmington, DE 19850 |
| 518331967 | EDI: JPMORGANCHASE | Nov 28 2024 01:21:00 | Jpmcb Auto, Po Box 901003, Ft Worth, TX 76101 |
| 518331969 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 27 2024 20:31:00 | Midland Funding LLC, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 518419823 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 27 2024 20:31:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 518331970 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 27 2024 20:31:00 | Nissan-infiniti Lt, Pob 660366, Dallas, TX 75266-0366 |
| 518331971 | + Email/Text: bnc@nordstrom.com | Nov 27 2024 20:31:42 | Nordstrom/td Bank Usa, 13531 E. Caley Ave, Englewood, CO 80111-6504 |
| 518446308 | EDI: PRA.COM | Nov 28 2024 01:21:00 | Portfolio Recovery Associates, LLC, c/o Banana Republic, POB 41067, Norfolk VA 23541 |
| 518446128 | EDI: PRA.COM | Nov 28 2024 01:21:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518446935 | EDI: PRA.COM | Nov 28 2024 01:21:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 518372467 | EDI: PRA.COM | Nov 28 2024 01:21:00 | Portfolio Recovery Associates, LLC, c/o Pc Richard, POB 41067, Norfolk VA 23541 |
| 518446320 | EDI: PRA.COM | Nov 28 2024 01:21:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 518331973 | Email/Text: signed.order@pfwattorneys.com | Nov 27 2024 20:31:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 518331975 | Email/Text: ProsperBK@prosper.com | Nov 27 2024 20:31:00 | Prosper Marketplace In, 221 Main St Ste 300, San Francisco, CA 94105 |
| 518367733 | + Email/Text: ebn@vativrecovery.com | Nov 27 2024 20:31:00 | Palisades Collection LLC, 210 Sylvan Avenue, Englewood Cliffs, NJ 07632-2510 |
| 518331972 | + EDI: PRA.COM | Nov 28 2024 01:21:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 518433842 | EDI: Q3G.COM | Nov 28 2024 01:21:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518331976 | + Email/Text: clientservices@remexinc.com | Nov 27 2024 20:31:00 | Remex Inc, 307 Wall St, Princeton, NJ |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 27, 2024 | Form ID: 3180W | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| | | | | 08540-1515 |
| 518331978 | + | Email/Text: rwjebn@rwjbh.org | Nov 27 2024 20:32:00 | Robert Wood Johnson Hospital, One Robert Wood Johnson Place, New Brunswick, NJ 08901-1966 |
| 518331979 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 27 2024 20:31:00 | State of New Jersey, Department of the Treasury, Division of Taxation-Bankruptcy Depart, P.O. Box 245, Trenton, NJ 08695 |
| 518331981 | + | EDI: SYNC | Nov 28 2024 01:21:00 | Syncb/banana Republi, Po Box 965005, Orlando, FL 32896-5005 |
| 518331982 | + | EDI: SYNC | Nov 28 2024 01:21:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 518331983 | + | EDI: SYNC | Nov 28 2024 01:21:00 | Syncb/score Rewards, P.o. Box 965005, Orlando, FL 32896-5005 |
| 518333266 | ^ | MEBN | Nov 27 2024 20:30:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518331984 | + | EDI: SYNC | Nov 28 2024 01:21:00 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518331985 | + | EDI: WTRRNBANK.COM | Nov 28 2024 01:21:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 518331986 | + | EDI: Q3GTBI | Nov 28 2024 01:21:00 | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 518331987 | | EDI: VERIZONCOMB.COM | Nov 28 2024 01:21:00 | Verizon Wireless/sou, National Recovery Operations, Minneapolis, MN 55426 |
| 518331988 | + | EDI: WFFC2 | Nov 28 2024 01:21:00 | Wells Fargo Dealer Svc, Po Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | | HomeBridge Financial Services Inc. |
| 519193059 | * | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 518331965 | *+ | Internal Revenue Service, Department of the Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2024                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 27, 2024 | Form ID: 3180W | Total Noticed: 58 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jacqueline Rita Rocci, I | on behalf of Joint Debtor Fayella DeMaio jacqueline@rocciesquire.com  rocci.jacqueliner.b118579@notify.bestcase.com |
| Jacqueline Rita Rocci, I | on behalf of Debtor Jerry Michael DeMaio jacqueline@rocciesquire.com  rocci.jacqueliner.b118579@notify.bestcase.com |
| John R. Morton, Jr. | on behalf of Creditor Infiniti Financial Services  a division of Nissan Motor Acceptance Corporation, servicer for Nissan-Infiniti Lt ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Matthew K. Fissel | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9